IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

DENNIS HOWARD INGRAM, JR., )
)
             Plaintiff )
)
vs. ) CASE NO. CV98-AR-1605-M
)
SHERIFF OF ETOWAH COUNTY )
JAMES HAYES, )
)
             Defendant )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 22, 1999, recommending that the defendant's motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the material in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendant is entitled to summary judgment as a matter of law. Accordingly, the defendant's motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

**DONE** this 22nd day of October, 1999.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE